*Monday, February 6, 1995*

## MOTION DOCKET

**92–2019.** State v. Fox. *Wood County,* No. 90WD067. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that the motion be, and is hereby, granted, effective February 3, 1995.

IT IS FURTHER ORDERED by the court that, pursuant to *State v. Glenn* (1987), 33 Ohio St.3d 601, 514 N.E.2d 869, a stay is granted for a period of six months, beginning December 21, 1994 and ending June 21, 1995, to allow appellant an opportunity to file a petition for post-conviction relief. If a petition for post-conviction relief is not filed within the time allotted, this stay will expire. No further time for the filing of the petition will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that, if a petition for post-conviction relief is filed within the time allotted, a date-stamped copy of the petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and is hereby, stayed for the six-month period allotted by this order and, if a petition for post-conviction relief is filed within the time allotted, pending the exhaustion of all proceedings for post-conviction relief before the courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**94–189.** Haukedahl v. St. Luke's Hosp. *Lucas County,* No. L–92–011. This cause is pending before the court as a discretionary appeal. On February 24, 1994, this court granted the motion of appellant, Robert E. Kose, to stay the time for filing his memorandum in support of jurisdiction.

IT IS ORDERED by the court, *sua sponte,* effective February 3, 1995, that appellant, Robert E. Kose, shall file his memorandum in support of jurisdiction on or before March 6, 1995, or show cause on or before March 6, 1995, why the stay granted on February 24, 1994, should not be lifted.